**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

v.  Case No: 5:16-cv-506-Oc-30PRL

MICHELLE K. DINKINS, CAROL L.
HOFFMAN, BRENDA MICHELLE
RUCKER-PENLAND and ALISHA L.
PENLAND-KOWSKY,

    Defendants.

ORDER

The Court has been advised via a Notice of Settlement (Doc. 38) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of February, 2017.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record